# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIV. NO.: 1:19-CV-724-DLF |
| HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., | ) UNOPPOSED MOTION TO STAY |
| and | ) |
| HYUNDAI HEAVY INDUSTRIES CO., LTD. | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO STAY PROCEEDINGS

The United States hereby moves this Court to stay all proceedings in the above-captioned action for ninety (90) days so that the Parties may engage in good-faith discussions over the terms and conditions of settlement. In support of this motion, the United States states as follows:

1. The United States commenced this civil action on March 15, 2019.

2. Defendants consented to waive service, and the Parties agreed that the Defendants would respond to the Complaint on or before July 24, 2019.

3. The Parties engaged in settlement negotiations with the assistance of a third-party mediator.

4. Through those negotiations, the Parties have reached an agreement in principle sufficient to resolve this matter without the need for further litigation, i.e., an agreement that counsel for each side would recommend to their principals for approval

5. The Parties are now working toward memorializing the further terms and conditions of their agreement in principle in a formal written settlement.

6. Any settlement will be subject to ultimate approval or disapproval by higher level government officials with the requisite authority as well as this Court after public a comment period.

7. The Parties believe that a stay of all proceedings, including the deadline for Defendants' responsive pleading, for 90 days from the entry of the proposed order (Exhibit A) will allow sufficient time to draft and finalize the settlement agreement.

8. The Parties agree that, consistent with their existing agreement governing mediation, all information and material exchanged as part of the settlement discussions will be considered confidential and will not be treated as formal discovery materials under federal rules.

9. The Parties will provide the Court with updates on this matter at any time as directed by the Court during the pendency of the stay.

Counsel for the United States represents that it provided this Motion to Stay Proceedings to counsel for the Defendants prior to filing, and that counsel for Defendants has no objection to its contents. For the foregoing reasons, the United States respectfully asks this Court to grant this motion and to stay all proceedings in this action.

Respectfully submitted,

/s/ Eric D. Albert
ERIC D. ALBERT
DC Bar 486253
Trial Attorney
Environmental Enforcement Section

                Environment & Nat. Resources Div. U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
202-514-2800
Eric.albert@usdoj.gov

## Certificate of Service

I certify that on July 22, 2019 I served the foregoing Motion to Stay Proceedings on the following persons by electronic mail:

Counsel for Defendants:

Douglas Arnold, Esq.
Edward Kang, Esq.
Bernard Taylor, Esq.
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, Ga. 30309
Doug.Arnold@alston.com
Edward.Kang@alston.com
Bernard.Taylor@alston.com

/s/ Eric D. Albert
ERIC D. ALBERT
DC Bar 486253
Trial Attorney
Environmental Enforcement Section
Environment & Nat. Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
202-514-2800
Eric.albert@usdoj.gov

3