**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.,<br><br>    and<br><br>HYUNDAI HEAVY INDUSTRIES CO., LTD.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIV. NO.: 1:19-CV-724-DLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER STAYING ALL PROCEEDINGS**

    Before the Court is the United States' unopposed Motion to Stay Proceedings in the above-captioned action. Having reviewed said motion, and finding good cause, the Court GRANTS the motion. These proceedings are hereby stayed for ninety (90) days, commencing on the date of this order. No later than 90 days after the entry of this order, the Parties shall file a status report or a further appropriate motion or notice.

    It is so ordered this _____ day of July 2019.

 

                                                             _____
                                                             Dabney L. Friedrich
                                                             United States District Judge